UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Douglas Scott Snyder,                              Case No. 18-47723-MBM
                                                          Chapter 7
                       Debtor. /                          Hon. Marci B. McIvor

Timothy J. Miller, Trustee,

                       Plaintiff,
vs.                                                                                      Adv. Pro. No. 18-04559

Douglas Scott Snyder,

                       Defendant. /

## ADVERSARY PROCEEDING SCHEDULING ORDER

The within proceeding being at issue by reason of the pleadings filed therein, and after consultation with the parties, pursuant to Fed. R. Bankr. P. 7016 and 7026 and the parties having conducted a conference and submitted a written report thereof ("26(f) Report") under Fed. R. Civ. P. 26(f), IT IS HEREBY ORDERED that further proceedings in this case shall be governed by the following:

I.
Discovery Plan and Other Provisions of Rule 26(f) Report

The Rule 26(f) Report is adopted as an order of this Court and incorporated herein.

II.
Filing of Joint Final Pretrial Order

A Joint Final Pretrial Order prepared in accordance with E.D. Mich. LBR 7016-1 shall be filed at the Final Pretrial Conference. In the portion of the Joint Final Pretrial Order designated "Issues of Law to be Litigated", each party shall provide after each listed issue, that party's three strongest reported cases in support of its view of the law.

III.
Mediation

The Court encourages the parties to consider mediation of this adversary proceeding pursuant to E.D. Mich. LBR 7016-2. If all parties agree to mediation, the parties should file a stipulation and submit to the Court a proposed order appointing the mediator. If the parties have agreed to select a mediator from the list of approved mediators on the Court's website, the proposed order should contain the name of the mediator when it is submitted to the Court for entry. If the parties have not agreed on the mediator, the proposed order appointing the mediator should be submitted without a mediator's name and the Court will then select a mediator from the approved list and indicate such person's name in the order that is entered. All mediation must be concluded no later than five days before the final pretrial conference scheduled by this order. The Court will not adjourn the final pretrial conference or the trial to permit mediation to continue past the deadline set by this order. If the parties desire to further discuss mediation with the Court, the parties shall jointly

contact Susan Maruszewski, Judge McIvor's Judicial Assistant, to arrange a time for a conference call or a conference in chambers with the Court.

## IV.
## Final Pretrial Conference

A final pretrial conference will be held on **Tuesday, June 18**, 2019, at **11:30** a.m..

## V.
## Trial Date(s) in Bankruptcy Court

THE TRIAL OF THIS MATTER shall be held in this Court and SHALL COMMENCE AT **9:30** **a.m. ON Wednesday, June 26**, **2019**.

## VI.
## Miscellaneous Matters

(a)  Adjournment(s) or Changes in this Order

Requests for adjournment of the trial date are governed by E.D. Mich. LBR 7016-3 (b) and (c).  Any changes in any other dates or provisions of this order are to be sought in accordance with E.D. Mich. LBR 9014-1, or by written stipulation provided that in any case good cause shall be shown, and approval of the Court is required.

(b)  Exhibits and Discovery Disputes

Exhibits to be offered in evidence are to be processed pursuant to E.D. Mich. LBR 7016-1(d). Note should be taken of E.D. Mich. LBR 9014-1(h) relative to discovery disputes.  Parties are encouraged to resolve disputes before a motion regarding discovery is filed, and are directed to strictly comply with E.D. Mich. LBR 9014-1(g) and (h) if a motion is ultimately required.

(c)  Settlement

Note should be taken of E.D. Mich. LBR 9019-1 relative to settlements.

(d)  Status or Pretrial Conference Request

Any party may request a status conference (or a conference to discuss or further consult in reference to this order) by a communication, in writing, addressed to the Court with copies to opposing or other counsel and/or any pro se parties.  Upon receipt of such a request (or sua sponte) the Court will schedule such a conference (in person or by phone) if the Court believes it will advance or be helpful in the disposition of this proceeding.

(e)  Non-filing of Discovery Materials

See E.D. Mich. LBR 7026-1(a).

**Signed on January 29, 2019**



/s/ Marci B. McIvor
_____
**Marci B. McIvor**
**United States Bankruptcy Judge**